

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2021

No. 04-21-00114-CV

Zulema **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, III, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

On June 28, 2021, we issued an order noting that appellant's brief was late. We ordered appellant to file her brief and a written response explaining her failure to timely file the brief by July 13, 2021. In response to our June 28 order, appellant filed a letter we construe as a motion for extension of time to file her brief. Appellant's letter stated she is a pro se litigant, explained that she has recently been involved in an accident, and requested "an extension of at least 2 weeks' time."

After consideration, appellant's request for an extension of time is **GRANTED**. We **ORDER** appellant to file her brief **by July 30, 2021**. We caution appellant that pro se litigants are held to the same standards as licensed attorneys and are required to comply with the applicable rules of procedure. *See, e.g.*, *Dunlap v. Trois*, No. 04-19-00488-CV, 2020 WL 7633952, at *2 (Tex. App.—San Antonio Dec. 23, 2020, no pet.) (mem. op.).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court